UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES WILSON,<br><br>  Defendant. | CR No. 17-17 CR 00479<br><br>**I N D I C T M E N T**<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Oxycodone] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 14, 2016, in Los Angeles County, within the Central District of California, defendant JAMES WILSON knowingly and intentionally distributed oxycodone, a Schedule II narcotic drug controlled substance.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 20, 2016, in Los Angeles County, within the Central District of California, defendant JAMES WILSON knowingly and intentionally distributed oxycodone, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug Enforcement Task
  Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime Drug Enforcement
  Task Force Section

JAMIE A. LANG
Assistant United States Attorney
Organized Crime Drug Enforcement Task Force
  Section