# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**17CR0479** FILED 2017 JUL 27 PM 2:39

Case Number: _____
Defendant Number: 1
U.S.A. v. James Wilson
Year of Birth: 1963

[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): DEA, IRS-CI, HHS

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [✓] Felony

b. Date of Offense: January 14 and 20, 2016

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [✓] Los Angeles
- [ ] Ventura
- [ ] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other _____

Citation of Offense: 21 USC 841

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)
- [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? [✓] No  [ ] Yes

IF YES Case Number: _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
Case Number: _____
Charging: _____

The complaint: [ ] is still pending
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented? [ ] No  [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?** [ ] Yes  [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?
- [ ] YES
- [x] NO

IF YES, list language and/or dialect: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? [ ] Yes  [ ] No
d. Is on bail or release from another district: _____

**OTHER**
- [x] Male
- [ ] Female
- [x] U.S. Citizen
- [ ] Alien

Alias Name(s): _____

Defendant is **in** custody:
a. Place of incarceration: [ ] State  [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____

This defendant is charged in: [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile? [ ] Yes  [x] No
IF YES, should matter be sealed? [ ] Yes  [ ] No

e. On another conviction: [ ] Yes  [ ] No
   IF YES: [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges: [ ] Yes  [ ] No
   IF YES: [ ] State  [ ] Federal  AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____ 20   ____ 21   ____ 40

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [x] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [ ] Other: _____

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  July 25, 2017

Signature of Assistant U.S. Attorney

Jamie A. Lang
Print Name

CR-72 (10/16)   CASE SUMMARY   Page 2 of 2